NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHERIE MONARCH and JERRY )
MONARCH, )
)
      Appellant, )
)
v. )     Case No. 2D18-340
)
ON-X LIFE TECHNOLOGIES, INC.; )
PATRICK A. CAMBIER, M.D.; and THE )
HEART AND VASCULAR INSTITUTE )
OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Ryan J. Wynne of Slinkman, Slinkman, &
Wynne, P.A., Jupiter, for Appellants.

Kimberly S. Mello and Vitaly Kats of
Greenberg Traurig, P.A., Tampa; and
Jason H. Okleshen of Greenberg Traurig,
P.A., West Palm Beach, for Appellee ON-X
Life Technologies, Inc.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.


SALARIO and ATKINSON, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.